SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>     vs.<br><br>QUEST SECURITIES, INC., et. al,<br><br>            Defendants. | Case No.: CIV.S-09-0990 FCD DAD<br><br>**ORDER FOR DISMISSAL OF QUEST SECURITIES, INC. ONLY**<br><br>Complaint Filed:  April 13, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Quest Securities, Inc.) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant.  Defendant (Quest Securities, Inc.) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: June 8, 2009               /s/Scott N. Johnson_____
                                  SCOTT N. JOHNSON
                                  Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated:  June 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE