SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>QUEST SECURITIES, INC., et. al.,<br><br>　　　　Defendants. | Case No.: CIV. S-09-cv-00990-FCD-DAD<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

TO THE COURT AND ALL PARTIES:

　　The parties in this matter have settled this case. The Court ordered all dispositional documents to be filed by August 3, 2009. Plaintiff's Counsel respectfully requests an extension until September 14, 2009 to file dispositional documents due to the fact that Defendants are out of town and will not return until the end of August, 2009.

1  Dated:  August 11, 2009

2                                                            /s/Scott N. Johnson_____
                                                             SCOTT N. JOHNSON
3                                                            Plaintiff

4

5                                    **ORDER**

6

7       IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than

8  September 14, 2009.

9

10 Dated: August 11, 2009

11                                                            _____
                                                             FRANK C. DAMRELL, JR.
12                                                            UNITED STATES DISTRICT JUDGE